Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the

_Southern_ District of _Georgia_

_____ Division

2023 JUN -5 P 2: 48

|  |  |  |
|---|---|---|
| _Glasker Jackson_ | ) | Case No. **CV123-0070** |
| Plaintiff(s) | ) | _(to be filled in by the Clerk's Office)_ |
| _(Write the full name of each plaintiff who is filing this complaint._ | ) |  |
| _If the names of all the plaintiffs cannot fit in the space above,_ | ) | Jury Trial: _(check one)_  ☒ Yes  ☐ No |
| _please write "see attached" in the space and attach an additional_ | ) |  |
| _page with the full list of names.)_ | ) |  |
| -v- | ) |  |
| _Chad Manning;_ | ) |  |
| _Allstate Insurance ET A l;_ | ) |  |
|  | ) |  |
| Defendant(s) | ) |  |
| _(Write the full name of each defendant who is being sued. If the_ | ) |  |
| _names of all the defendants cannot fit in the space above, please_ | ) |  |
| _write "see attached" in the space and attach an additional page_ | ) |  |
| _with the full list of names.)_ | ) |  |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| Name | _Glasker Jackson_ |
|---|---|
| Street Address | _2204 Windsor Spring Rd_ |
| City and County | _Augusta, GA_ |
| State and Zip Code | _Georgia  30906_ |
| Telephone Number | _520373 6770_ |
| E-mail Address |  |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title _(if known)_.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

*Richard Cupps. Ins.*
*Allstate Insurance Company*
*Richard Cupps (Agent)*
*1254 Broad St.*
*Augusta, C*
*Georgia 30916*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question              [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

    The plaintiff, *(name)* Glasker Jackson, is a citizen of the State of *(name)* Georgia.

    b.    If the plaintiff is a corporation

    The plaintiff, *(name)* Allstate Insurance Et Al, is incorporated under the laws of the State of *(name)* Georgia, and has its principal place of business in the State of *(name)*
    _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b.    If the defendant is a corporation

The defendant, *(name)* _ALLSTATE INSURANCE ET AL_ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Plaintiff Surgery Cost over 100,000

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

ALLSTATE REFUSED TO PAY Claim. base on Policies.
Plaintiff needs Surgery on back and left arm.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Compensatory, monetary, pain and Suffering, general, Special, incidental, consequential, punitive
Auto Accident 6-4-21 Serra D. Hankerson T-bone Plaintiff Causing Serious

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  *June 5, 2023*

Signature of Plaintiff  *Jackson*

Printed Name of Plaintiff  *Glasker Jackson*

### B.   For Attorneys

Date of signing:  _____

Signature of Attorney  _____

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm  _____

Street Address  _____

State and Zip Code  _____

Telephone Number  _____

E-mail Address  _____



# UNIVERSITY
## O P E N   M R I

**PATIENT NAME:** JACKSON, GLASKER
**DOB:**
**PATIENT NUMBER:** RAM975846
**REFERRING PHYS:** CHAPPUIS, JAMES
**DATE OF SERVICE:** 6/30/2021 12:36:00 PM

## MRI OF THE LEFT ELBOW:

**HISTORY:** Elbow pain following motor vehicle collision 06/04/2021.

**TECHNIQUE:** Multisequence T1 and T2 weighted images were obtained.

**FINDINGS:**
TENDONS: There is tendinopathy involving the common extensor tendons. No tear is identified. Common flexor tendons are intact. The triceps tendon and insertion are within normal limits. The biceps and brachialis tendons and insertion sites are normal.

LIGAMENTS: The lateral collateral and lateral ulnar collateral ligaments are intact. The anterior and posterior bands of the ulnar collateral ligament are intact. The annular ligament is intact.

OSSEOUS STRUCTURES AND SOFT TISSUES: There is severe arthrosis involving the radiocapitellar and ulnotrochlear joints. There is full-thickness cartilage loss along the radiocapitellar articular margins. There is a moderate sized elbow joint effusion. No acute fracture or dislocation is identified. No marrow destructive lesions are identified.

**IMPRESSION:**
1. Severe elbow joint arthrosis. Full-thickness cartilage loss involving the radiocapitellar articular margins.
2. Moderate sized elbow joint effusion.
3. Common extensor tendinopathy. No tear or detachment.

Thank you for your kind referral.

**ALI BADDAY, M.D.**
**ELITERAD RADIOLOGY GROUP**
**CERTIFIED, AMERICAN BOARD OF RADIOLOGY**

AB/LSD
D: 6/30/2021 1:10:20 PM

3610 Wheeler Road. Augusta, GA 30909
Phone: 706-210-9500  Fax: 706-210-9600

Page 1 of 1



# UNIVERSITY
### O P E N    M R I

**PATIENT NAME:**      JACKSON, GLASKER
**DOB:**
**PATIENT NUMBER:**    RAM975846
**REFERRING PHYS:**    CHAPPUIS, JAMES
**DATE OF SERVICE:**   6/30/2021 11:24:46 AM

## MRI OF THE LUMBAR SPINE:

**HISTORY:** Back pain following a motor vehicle collision on 6/4/21.

**TECHNIQUE:** Multisequence T1 and T2 weighted images were obtained.

**FINDINGS:** The conus medullaris appears normal. The lordotic curvature of the lumbar spine is preserved. No evidence for abnormal solid or cystic lesions is identified. No prevertebral or paravertebral masses or fluid collections are seen and there is no evidence for abnormal marrow replacing lesion. Segmental analysis of the lumbar spine is as follows:

At L1-2, there is no evidence for disc herniation, canal stenosis or neural foraminal stenosis.

At L2-3, there is bulging of the disc. This results in an anterior impression on the thecal sac. There is no central canal stenosis or foraminal stenosis.

At L3-4, there is a posterior central disc herniation superimposed on a disc bulge. There are vertebral osteophytes present; and the disc herniation extends beyond the osteophytes and indents the ventral thecal sac. Mild left and mild right neural foraminal stenosis. No spinal canal stenosis.

At L4-5, there is 3.6 mm of anterolisthesis. There is a posterior central disc herniation superimposed on a disc bulge. There are vertebral osteophytes present; and the disc herniation extends beyond the osteophytes and indents the ventral thecal sac. Moderate left and moderate right neural foraminal stenosis. Mild AP spinal canal stenosis measuring 1.0 cm. Bilateral facet hypertrophic changes with osteophytes. There is ligamentum flavum hypertrophy.

At L5-S1, there is a posterior central disc herniation superimposed on a disc bulge. There are vertebral osteophytes present; and the disc herniation extends beyond the osteophytes and indents the ventral thecal sac. Moderate left and moderate right neural foraminal stenosis. No spinal canal stenosis.

**IMPRESSION:**
1. At L2-3, there is bulging of the disc. This results in an anterior impression on the thecal sac.
2. At L3-4, there is a posterior central disc herniation superimposed on a disc bulge. There are vertebral osteophytes present; and the disc herniation extends beyond the osteophytes and

3610 Wheeler Road. Augusta, GA 30909
Phone: 706-210-9500  Fax: 706-210-9600



# UNIVERSITY
### O P E N   M R I

| | |
|---|---|
| **PATIENT NAME:** | JACKSON, GLASKER |
| **DOB:** | 4/18/1953 |
| **PATIENT NUMBER:** | RAM975846 |
| **REFERRING PHYS:** | CHAPPUIS, JAMES |
| **DATE OF SERVICE:** | 6/30/2021 11:24:46 AM |

indents the ventral thecal sac. Mild left and mild right neural foraminal stenosis. **See Figure 1, series 2, image 7.** The first arrow points to the L3-4 disc herniation.

3. At L4-5, there is 3.6 mm of anterolisthesis. There is a posterior central disc herniation superimposed on a disc bulge. There are vertebral osteophytes present; and the disc herniation extends beyond the osteophytes and indents the ventral thecal sac. Moderate left and moderate right neural foraminal stenosis. Mild AP spinal canal stenosis measuring 1.0 cm. **See Figure 2, series 2, image 9.** The arrow points to the L4-5 disc herniation.

4. At L5-S1, there is a posterior central disc herniation superimposed on a disc bulge. There are vertebral osteophytes present; and the disc herniation extends beyond the osteophytes and indents the ventral thecal sac. Moderate left and moderate right neural foraminal stenosis. **See Figure 1, series 2, image 7.** The second arrow points to the L5-S1 disc herniation.

5. Given the history, findings, and appearance on this MRI, it is medically probable that the L3-4, L4-5, and L5-S1 disc herniations are related to the injuries sustained from the motor vehicle collision on 6/4/21. Clinical correlation is recommended for confirmation.

FIGURE 1



3610 Wheeler Road. Augusta, GA 30909
Phone: 706-210-9500  Fax: 706-210-9600



# UNIVERSITY
## O P E N   M R I

PATIENT NAME:      JACKSON, GLASKER
DOB:      4/18/1953
PATIENT NUMBER:      RAM975846
REFERRING PHYS:      CHAPPUIS, JAMES
DATE OF SERVICE:      6/30/2021 11:24:46 AM

FIGURE 2



The definitions in this report, including definitions of disc bulge, herniation, protrusion, and extrusion, are from the following peer reviewed journal: Lumbar Disc Nomenclature V2.0, Recommendations of the Combined Task Forces of the North American Spine Society, the American Society of Spine Radiology and the American Society of Neuroradiology, The Spine Journal 14 (2014) 2525-2545. References to causation and permanency follow guidelines established by the American Medical Association. Note that a normal MRI does not exclude certain pathologies, including pathologies involving the nerves and facet joints. A normal MRI should not supersede abnormalities detected with physical exam. Disc herniations are contained herniated discs unless specifically identified as uncontained.

Thank you for your kind referral.

ALI BADDAY, M.D.
ELITERAD RADIOLOGY GROUP
CERTIFIED, AMERICAN BOARD OF RADIOLOGY

AB/AC
D: 6/30/2021 1:01:03 PM

3610 Wheeler Road. Augusta, GA 30909
Phone: 706-210-9500  Fax: 706-210-9600

Page 3 of 3